# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | CIVIL ACTION |
| v. | : | |
| GEORGE GEORGIOU | : | NO. 09-616 |

## ORDER

AND NOW, this 25th day of April, 2016, upon review of Defendant's requests for discovery, it is hereby ordered that all such requests are **DENIED.**

Defendant shall file any Opposition to Plaintiff's Motion for Summary Judgment, along with a Statement of Disputed or Undisputed Facts per this Court's Pretrial and Trial Procedures, no later than July 1, 2016.

The SEC shall, if it so desires, file a Reply by July 29.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 09\09-616 SEC V. GEORGIOU\09CV616ORDER RE DISCOVERY ISSUES.DOCX