# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SECURITIES AND EXCHANGE COMMISSION | CIVIL ACTION |
|---|---|
| v. | NO. 09-616 |
| GEORGE GEORGIOU | |

## ORDER RE: COLLATERAL ESTOPPEL

**AND NOW**, this 2nd day of March, 2023, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that judgment is entered in favor of the Plaintiff, Securities and Exchange Commission ("SEC") and against the Defendant George Georgiou.

The SEC shall submit a form of order with any proposed further remedies or relief, within ten (10) days. Defendant may reply with ten (10) days.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
MICHAEL M. BAYLSON, U.S.D.J.