# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**<br><br>    **v.**<br><br>**GEORGE GEORGIOU** | **CIVIL ACTION**<br><br>**NO. 09-616** |

## ORDER

On March 2, 2023, the Court filed an Order granting judgment in favor of the Plaintiff and against Defendant, exclusively grounded upon the finality of Defendant's conviction for securities fraud in Criminal No. 09-88 which, under settled legal principles, entitles Plaintiff Securities and Exchange Commission ("SEC") to a final judgment in this case based upon principles of collateral estoppel.   The Court directed the SEC to prepare a proposed final judgment, which has been filed as of March 13, 2023 (ECF No. 61).

Defendant has been incarcerated and remains incarcerated on his criminal conviction and is not represented by counsel in this case in which he is the sole defendant.

Defendant's response to this is that the Court improperly held a telephone conference with counsel for the Plaintiff, without including the *pro se* Defendant.   Although this conversation did take place, it was transcribed, and the transcription has been filed of record (ECF No. 63).   The telephone conversation exclusively concerned the procedure by the Plaintiff in bringing this long pending case to a close.   No rulings were made of any kind nor did anything else occur that was prejudicial to the Defendant.

The Court has reviewed the proposed final judgment presented by the SEC and will enter it as the final judgment, including a permanent injunction against the Defendant enjoining any further or future violations of the Securities Act.

DATED: 4/12/2023

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____

**MICHAEL M. BAYLSON, U.S.D.J.**